```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
LISA NG and CHARMING TRADING
COMPANY,                                                ORDER
                                                        13-CV-5053(JS)
                Appellants,

        -against-

STEWART ADLER,

                Appellee.
----------------------------------------X
STEWART ADLER,                                          13-CV-5054(JS)

                Appellant,

        -against-

LISA NG and CHARMING TRADING
COMPANY,

                Appellees.
----------------------------------------X
APPEARANCES
For Ng and
Charming Trading:       Bradford D. Conover, Esq.
                        Conover Law Offices
                        345 Seventh Avenue, 21st Floor
                        New York, NY 10001

                        David H. Wander, Esq.
                        Davidoff Hutcher & Citron LLP
                        605 Third Avenue
                        New York, NY 10158

For Adler:              Richard Braverman, Esq.
                        Shari H. Braverman, Esq.
                        Braverman Law Office PC
                        585 Stewart Avenue, Suite 528
                        Garden City, NY 11530
```

SEYBERT, District Judge:

Presently pending before the Court is Lisa Ng and Charming Trading Company's motion filed in filed Case Number 13-

CV-5053 to consolidate the above-captioned cases.  The Court has reviewed the dockets in both actions, and both appeals arise out of the same general set of facts.  Thus, the Court finds that consolidation is warranted to avoid the duplicative and unnecessary use of judicial resources.  See FED. R. CIV. P. 42(a).  As such, the Court GRANTS the consolidation request and ORDERS that <u>Ng and Charming Trading Co. v. Adler</u>, No. 13-CV-5053, and <u>Adler v. Ng and Charming Trading Co.</u>, No. 13-CV-5054, be consolidated.  All future filings are to be docketed in the earlier-filed case, case number 13-CV-5053.

The Clerk of the Court is directed to consolidate these matters and to mark case number 13-CV-5054 closed.

SO ORDERED.

/s/ JOANNA SEYBERT_____
Joanna Seybert, U.S.D.J.

Dated:   November   12  , 2013
         Central Islip, NY